| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>MOSS, RANDOLPH D. | 2. Court or Organization<br><br>U.S DISTRICT COURT, DISTRICT OF COLUMBIA | 3. Date of Report<br><br>10/06/2017 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE<br>333 CONSTITUTION AVENUE, NORTHWEST<br>WASHINGTON, D.C. 20001 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | TRUSTEE | TRUST (HOLDING THREE PARCELS OF REAL PROPERTY) |
| 2. | LIMITED PARTNER | SC FUNDAMENTAL PARTNERSHIP |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MOSS, RANDOLPH D. | 10/06/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MOSS, RANDOLPH D.** | 10/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | A. STEPHEN HUT | SINGLE NHL HOCKEY ADMISSION TICKET - 4/28/16 | $375.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CHASE | CREDIT CARD OUTSTANDING BALANCE AS OF 12/31/2016 | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY JOINT BROKERAGE ACCT. #1 | | | | | | | | | |
| 2. FIDELITY TREASURY MONEY MARKET | A | Interest | P1 | T | Buy | 02/09/16 | P1 | | |
| 3. FIDELITY MUNICIPAL MONEY MARKET | A | Interest | | | Sold | 02/09/16 | P1 | A | |
| 4. FIDELITY CASH ACCOUNT | | None | J | T | | | | | |
| 5. VANGUARD LIMITED TERM TAX EXEMPT FUND | A | Dividend | K | T | | | | | |
| 6. VANGUARD INTERMEDIATE TERM TAX EXEMPT FUND | E | Dividend | P1 | T | Buy (add'l) | 06/03/16 | N | | |
| 7. VANGUARD INTERMEDIATE TERM TAX EXEMPT FUND | | | | | Buy (add'l) | 12/20/16 | L | | |
| 8. EXXON MOBIL CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 9. IBM COMMON STOCK | A | Dividend | | | Sold | 03/13/16 | K | E | |
| 10. BBH CORE SELECT FUND | D | Dividend | M | T | Buy (add'l) | 10/05/16 | K | | |
| 11. FIDELITY CONTRAFUND | D | Dividend | N | T | Buy (add'l) | 03/22/16 | L | | |
| 12. FIDELITY CONTRAFUND | | | | | Buy (add'l) | 10/21/16 | K | | |
| 13. FIDELITY LOW PRICED STOCK FUND | E | Dividend | O | T | Buy (add'l) | 03/22/16 | M | | |
| 14. FIDELITY LOW PRICED STOCK FUND | | | | | Buy (add'l) | 10/05/16 | K | | |
| 15. FIDELITY TOTAL MARKET INDEX (SPARTAN REMOVED FROM NAME IN 2016) | E | Dividend | O | T | Buy (add'l) | 10/21/16 | K | | |
| 16. SPDR S&P 400 ETF | C | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. SPDR TR UNIT SER 1 ETF | D | Dividend | N | T | Buy (add'l) | 06/03/16 | N | | |
| 18. VANGUARD 500 INDEX FUND | D | Dividend | M | T | | | | | |
| 19. BLACKROCK GLOBAL ALLOCATION FUND | B | Dividend | M | T | Buy (add'l) | 06/03/16 | L | | |
| 20. GLENMEDE LARGE CAP CORE FUND | D | Dividend | N | T | Buy | 01/13/16 | N | | |
| 21. GLENMEDE LARGE CAP CORE FUND | | | | | Buy (add'l) | 03/22/16 | M | | |
| 22. DEUTSCHE INTERMEDIATE TAX AMT FREE FUND | E | Dividend | P1 | T | Buy (add'l) | 02/25/16 | N | | |
| 23. DEUTSCHE INTERMEDIATE TAX AMT FREE FUND | | | | | Buy (add'l) | 10/05/16 | N | | |
| 24. DEUTSCHE INTERMEDIATE TAX AMT FREE FUND | | | | | Buy (add'l) | 10/21/16 | L | | |
| 25. BLACKROCK MUNICIPAL STRATEGIC OPPURTUNITIES FUND | E | Dividend | P1 | T | Buy (add'l) | 03/22/16 | N | | |
| 26. BLACKROCK MUNICIPAL STRATEGIC OPPURTUNITIES FUND | | | | | Buy (add'l) | 10/21/16 | M | | |
| 27. BLACKROCK MUNICIPAL STRATEGIC OPPURTUNITIES FUND | | | | | Buy (add'l) | 12/20/16 | L | | |
| 28. FIDELITY 500 INDEX FUND (FORMERLY CALLED SPARTAN US EQUITY INDEX) | D | Dividend | N | T | Buy (add'l) | 10/05/16 | L | | |
| 29. FIDELITY 500 INDEX FUND (FORMERLY CALLED SPARTAN US EQUITY INDEX) | | | | | Buy (add'l) | 10/21/16 | L | | |
| 30. BARON GROWTH INSTITUTIONAL FUND | | None | | | Sold | 01/12/16 | N | | |
| 31. BLACKROCK NATIONAL MUNICIPAL BOND FUND | D | Dividend | | | Buy | 04/22/16 | N | | |
| 32. BLACKROCK NATIONAL MUNICIPAL BOND FUND | | | | | Sold | 12/19/16 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. DEUTSCHE MANAGED MUNI BOND FUND | D | Dividend | | | Buy | 04/22/16 | N | | |
| 34. DEUTSCHE MANAGED MUNI BOND FUND | | | | | Sold | 12/19/16 | N | | |
| 35. TWEEDY BROWNE GLOBAL VALUE FUND | | None | | | Sold | 01/14/16 | N | | |
| 36. DBX ETF MSCI EUROPE HEDGED EQUITY FUND | | None | | | Buy | 01/15/16 | L | | |
| 37. DBX ETF MSCI EUROPE HEDGED EQUITY FUND | | | | | Sold | 03/22/16 | L | C | |
| 38. WISDOMTREE EUROPE HEDGED EQUITY | A | Dividend | | | Buy | 01/15/16 | L | | |
| 39. WISDOMTREE EUROPE HEDGED EQUITY | | | | | Sold | 03/22/16 | L | D | |
| 40. | | | | | | | | | |
| 41. FIDELITY IRA ROLLOVER - #1 | | | | | | | | | |
| 42. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 43. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | | | | | |
| 44. SPARTAN US EQUITY INDEX | A | Dividend | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. FIDELITY IRA ROLLOVER #2 | | | | | | | | | |
| 47. FIDELITY CASH RESERVES | A | Interest | K | T | | | | | |
| 48. BBH CORE SELECT FUND | D | Dividend | M | T | Buy (add'l) | 03/22/16 | K | | |
| 49. FIDELITY CONTRAFUND | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. SPARTAN US EQUITY INDEX FUND | D | Dividend | N | T | Buy (add'l) | 03/22/16 | M | | |
| 51. SPDR S&P MIDCAP 400 | A | Dividend | | | Sold | 10/19/16 | L | | |
| 52. ISHARES S&P MIDCAP 400 | A | Dividend | M | T | Buy | 10/19/16 | L | | |
| 53. BLACKROCK GLOBAL ALLOCATION FUND | C | Dividend | M | T | | | | | |
| 54. | | | | | | | | | |
| 55. WILMERHALE 401(K) PLAN (TD AMERITRADE/JOHN HANCOCK/NY LIFE CUSTODIANS) | | | | | | | | | |
| 56. AMERITRADE MONEY MARKET CLASS-A | | None | | | Sold | 12/29/16 | P1 | | |
| 57. CASH - STATE STREET CASH US GOV'T FUND | A | Dividend | P1 | T | Buy | 12/29/16 | P1 | | |
| 58. BBH CORE SELECT FUND | E | Dividend | | | Sold | 12/20/16 | M | | |
| 59. BLACKROCK EQUITY DIVIDEND FUND | D | Dividend | | | Sold | 12/20/16 | L | | |
| 60. BLACKROCK GLOBAL ALLOCATION FUND | C | Dividend | | | Sold | 12/20/16 | L | | |
| 61. FIDELITY CONTRAFUND | C | Dividend | | | Sold | 12/20/16 | L | | |
| 62. FIDELITY LOW PRICED STOCK FUND | C | Dividend | | | Sold | 12/20/16 | K | | |
| 63. SPDR S&P MIDCAP 400 ETF | A | Dividend | | | Sold | 12/20/16 | K | | |
| 64. TWEEDY BROWNE GLOBAL VALUE FUND | | None | | | Sold | 12/20/16 | L | | |
| 65. IVY ASSET STRATEGY FUND | | None | | | Sold | 12/20/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. BLACKROCK EQUITY INDEX NONLENDABLE FUND | A | Dividend | J | T | | | | | |
| 67. IVY INTERNATIONAL CORE EUITY FUND | A | Dividend | J | T | | | | | |
| 68. ACADIAN EMERGING MARKETS FUND | A | Dividend | J | T | | | | | |
| 69. ABERDEEN EMERGING MARKETS FUND | A | Dividend | J | T | | | | | |
| 70. ALLIANZ GI MICRO CAP FUND | A | Dividend | J | T | | | | | |
| 71. LOOMIS SAYLES GLOBAL BOND FUND | A | Dividend | J | T | | | | | |
| 72. AMERICAN CENTURY MID CAP GROWTH FUND | A | Dividend | J | T | | | | | |
| 73. RS GLOBAL NATURAL RESOURCES FUND | A | Dividend | J | T | | | | | |
| 74. ARTISAN MIDCAP FUND | A | Dividend | J | T | | | | | |
| 75. FRANKLIN TEMPLETON EMERGING MARKETS DEBT OPPURTUNITIES FUND | A | Dividend | J | T | | | | | |
| 76. LOOMIS SAYLES GROWTH FUND | A | Dividend | J | T | | | | | |
| 77. DODGE AND COX INCOME FUND | A | Dividend | J | T | | | | | |
| 78. MFS VALUE FUND | A | Dividend | J | T | | | | | |
| 79. OPPENHIEMER GLOBAL VALUE FUND | A | Dividend | J | T | | | | | |
| 80. | | | | | | | | | |
| 81. IBM COMMON STOCK | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. CHEVRON COMMON STOCK | A | Dividend | J | T | | | | | |
| 83. UTAH EDUCATIONAL SAVINGS PLAN #1 | | | | | | | | | |
| 84. VANGUARD SHORT TERM INVESTMENT GRADE FUND | A | Dividend | J | T | | | | | |
| 85. VANGUARD SHORT TERM BOND INDEX FUND | A | Dividend | J | T | | | | | |
| 86. FDIC INSURED SAVINGS ACCOUNT | A | Dividend | L | T | | | | | |
| 87. UTAH EDUCATIONAL SAVINGS PLAN #2 | | | | | | | | | |
| 88. VANGUARD SHORT TERM INVESTMENT GRADE FUND | A | Dividend | J | T | | | | | |
| 89. VANGUARD SHORT TERM BOND INDEX FUND | A | Dividend | J | T | | | | | |
| 90. FDIC INSURED SAVINGS ACCOUNT | A | Dividend | K | T | | | | | |
| 91. FIRST NATIONAL BANK SAVINGS ACCOUNT | A | Interest | | | Closed | | | | |
| 92. SCHWAB MONEY MARKET ACCOUNTS | A | Interest | K | T | | | | | |
| 93. COLLEGE SAVINGS PLAN OF MARYLAND #1 - PORTFOLIO FOR COLLEGE | B | Int./Div. | K | T | | | | | |
| 94. COLLEGE SAVINGS PLAN OF MARYLAND #2 - PORTFOLIO FOR COLLEGE | B | Int./Div. | K | T | | | | | |
| 95. CITIBANK CASH ACCOUNTS | A | Interest | N | T | | | | | |
| 96. SC FUNDAMENTAL PARTNERSHIP | A | Int./Div. | J | U | | | | | |
| 97. NEWMONT MINING CORPORATION COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 98. SOURCE CAPITAL INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 99. BMO CASH ACCOUNT | A | Int./Div. | J | T | | | | | |
| 100. TRUSTEE FOR TRUST (REAL PROPERTY #1 ALEXANDRIA, VA) | E | Rent | N | W | | | | | |
| 101. TRUSTEE FOR TRUST (REAL PROPERTY #2, ALEXANDRIA, VA) | E | Rent | N | W | | | | | |
| 102. TRUSTEE FOR TRUST (REAL PROPERTY #3, HERNDON, VA) | D | Rent | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 2: FIDELITY TREASURY MONEY MARKET
On February 9th, 2016, the custodian (FIDELITY) changed the money market fund it used for all client accounts from the Fidelity Municipal Money Market Fund (FTEXX) to the Fidelity Treasury Money Market Fund (FZFXX). This was not a trade or exchange initiated by clients but a custodian initiated transfer between money market funds. The Treasury Money Market Fund was therefore not listed on the 2015 report but has been listed on this 2016 report on Line 2 of Part VII and disclosed as a "Buy" transaction on Schedule D pursuant to our call with the Financial Disclosure Committee Staff.

Part VII, Line 4: FIDELITY CASH ACCOUNT
A year end dividend was paid by multiple funds on December 30th, 2016 and credited as cash to filer's Fidelity account but not reinvested into the Money Market Fund until January 3rd, 2017. These dividends were held in Fidelity Cash entry form until reinvestment. As this was not a "Buy" transaction to be listed under Column D, it was disclosed for the first time in this 2016 report.

Part VII, Lines 64 and 65 (previously lines 63 and 64 in prior amended report):
We have confirmed that the funds disclosed in lines 64 and 65 (Tweedy Browne Global Value Fund and Ivy Asset Strategy Fund) did not pay any income during the period held for this report (1/1/2016 - 12/20/2016 date of sale).

Part VII, Lines 93 and 94 (previously lines 92 and 93 in prior amended report):
We have marked "B" in column B1 for income during the reporting period for these entries. These two entries are 529 plans from which no reportable income information was recieved by filer in 2016. Based on the published asset allocation for these plans (listed below) it is likely that there was some amount of interest and dividends paid by the underlying fund holdings. Filer has estimated this amount to be within the Category B income level ($1,001 - $2,500) based on the size of the 529 plans at year end.
Both plans are invested in the "Portfolio for College" allocation which held the following T. Rowe Price investments during the 4th quarter of 2016:
 Equity Index 500 Fund: 17.11%
 Overseas Stock Fund: .63%
 International Stock Fund: .63%
 International Growth & Income Fund: .63%
 Real Assets Fund: 1.00%
 Short Term Bond Fund: 40.00%
 Ltd Duration Inflation Focused Bond Fund: 40.00%

Part VII, Line 3: FIDELITY MUNICIPAL MONEY MARKET
On February 9th, 2016, the custodian (FIDELITY) switched the money market fund it used for all client accounts from the Fidelity Municipal Money Market Fund (FTEXX) to the Fidelity Treasury Money Market Fund (FZFXX). This was not a trade or exchange initiated by clients but a custodian initiated transfer between money market funds. We have disclosed this transaction as a "Sold" transaction on Schedule D, Line 3 of Part VII pursuant to our call with the Financial Disclosure Committee Staff.

Part VII, Line 56: AMERITRADE MONEY MARKET CLASS-A
All positions in filer's Wilmerhale TD Ameritrade 401(k) account were sold on 12/20/16 and liquidated to cash. On December 29, 2016 the cash was transferred to the Wilmerhale 401(k) core plan with John Hancock retirement services and held in cash (State Street Cash US Gov't Fund) which was disclosed in Part VII, Line 57. We have disclosed this transaction as a Sale of the Ameritrade Money Market Class A on Line 56 of Part VII and a Buy of the State Street Cash US Government Fund on Line 57 of Part VII pursuant to our call with the Financial Disclosure Committee Staff.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RANDOLPH D. MOSS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544